# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

### -oOo-

| | |
|---|---|
| J. BRUCE ALVERSON, LTD., | ) |
| Petitioner, | ) No. 2:10-cv-1716-PMP-GWF |
| vs. | ) **ORDER** |
| U.S. DEPARTMENT OF LABOR, | ) |
| Respondent. | ) |

Based upon the pending motion of the United States, and good cause appearing, **IT IS THEREFORE ORDERED** that the United States motion for a continuance is **GRANTED**. The United States' Response to Petition 1 and submission of Administrative Record is due **May 18, 2011**, Petitioner's Opening Brief is due **June 17, 2011**, the Respondent's Brief is due **July 18, 2011**, and the Reply is due **July 28, 2011**.

DATED: April 15, 2011.

_____
UNITED STATES DISTRICT JUDGE

3