DANIEL G. BOGDEN
United States Attorney
District of Nevada

ADAM M. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702)388-6787
Email: adam.flake@usdoj.gov

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J. BRUCE ALVERSON, LTD.,<br><br>    Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>    Respondent. | Case No. 2:10-cv-01716-PMP-GWF |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
### (Second Request)

COMES NOW the U.S. Department of Labor, by and through Daniel G. Bogden, United States Attorney, and Adam M. Flake, Assistant United States Attorney for the District of Nevada, and respectfully requests this Court grant a fourteen-day extension of time of all deadlines in this matter.

In support of this motion, the United States submits as follows:

1. Current deadlines are: Government's Response to the Petition and submission of Administrative Record due May 18, 2011. Petitioner's Opening Brief due June 17, 2011. Government's Brief due July 18, 2011. Petitioner's Reply due July 28, 2011.

2. If this motion is granted, deadlines in this case would be as follows: Government's Response to the Petition and submission of Administrative Record due June 1, 2011. Petitioner's Opening Brief due July 1, 2011. Government's Brief due August 1, 2011. Petitioner's Reply due August 11, 2011.

3. The parties wish to discuss settlement in this case. On May 12, 2011, opposing counsel, Shilo Borja, indicated she does not oppose this motion for extension of time.

4. Granting a fourteen-day extension of time to allow the parties to discuss settlement is both in the interest of the parties and is also in the interest of preserving judicial resources.

5. This instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, the United States respectfully requests this Court grant a fourteen-day extension of time of all deadlines in this matter.

DATED this 13th day of May 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Adam Flake
ADAM M. FLAKE
Assistant United States Attorney

IT IS SO ORDERED:

PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: May 16, 2011

**PROOF OF SERVICE**

I, Adam M. Flake, AUSA, certify that the following individuals were served with the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**Electronic Case Filing**

Jonathan B. Owens
Shilo Borja
Alverson, Taylor, Mortensen & Sanders
7401 W. Charleston Blvd.
Las Vegas, Nevada  89117
jowens@alversontaylor.com
sborja@alversontaylor.com

Attorneys for Petitioner.

DATED this 13th day of May 2011.

　　　　　　　　　　　　　　　　　　*/s/ Adam Flake*
　　　　　　　　　　　　　　　　　　ADAM M. FLAKE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney